UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERREK E. ARRINGTON,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN GUTIERREZ,<br><br>        Respondent. | No. CV 10-7297-AG (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 30, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Arrington Judgment.wpd